JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN TRUONG NORMAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF LONG BEACH a CAL. Municipal Corp.; LONG BEACH POLICE DEPT., OFF. DOUGLAS E. BACON and DOES 1 thru 10, inclusive,<br><br>　　　　Defendant. | Case No.: 2:18-cv-07247-MWF (AFMx)<br><br>Hon. Michael W. Fitzgerald<br><br>**ORDER RE JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE (FRCP 41 (a)(1));**<br><br>Trial Date: October 8, 2019 |

## **ORDER**

IT IS HEREBY ORDERED that the case is dismissed with prejudice pursuant to the terms of the parties' Stipulation to Dismiss with Prejudice Under F.R.C.P. 41(a)(l)(A)(ii)), and the terms of the parties' Release and Settlement of Claims. The Court shall retain jurisdiction to enforce the terms of the settlement.

DATED: October 17, 2019

_____
Hon. MICHAEL W. FITZGERALD
United States District Judge